## COURT OF APPEALS.

*Decisions—November Term, 1847—at the City Hall in the city of New York.*

ABEL FRENCH, Jr. plaintiff in error, v. ROBERT D. CARHART, defendant in error.—*Judgment reversed, venire de novo, by the Supreme Court; costs to abide the event.* JOHN VAN BUREN, for plaintiff in error. M. T. REYNOLDS, for defendant in error. This was a case in which involved the construction of a deed, containing a clause by which it was made subject to a reservation in a former conveyance of the same premises between other parties. The action was for overflowing land,

situated upon a creek called the Normanskill, in Guilderland, Albany county, by means of a dam, &c. (Reported 1 Comstock, 96.)